United States District Court
Southern District of Texas
**ENTERED**
August 02, 2017
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

**UNITED STATES OF AMERICA**

v.   Cr. No. G-17-19

**LAVELAS LUCKEY**

## ORDER

The Court has considered the Unopposed Motion for Continuance, wherein counsel for Defendant, Lavelas Luckey, has represented that more time is needed to conduct discovery, prepare pretrial motions, and prepare for trial, and that failure to grant a continuance would result in a miscarriage of justice. Based on the representations made in the Unopposed Motion for Continuance, the Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public, as well as the Defendant, to a speedy trial. The Court also finds that pursuant to Title 18 U.S.C. § 3161(h)(7)(A) & (B), failure to grant a continuance would result in a miscarriage of justice, and that a continuance is necessary to allow reasonable time for trial preparation.

The Unopposed Motion for Continuance is therefore GRANTED. It is ORDERED that a period of excludable delay shall commence on, August 2, 2017, 2017, pursuant to Title 18 U.S.C. § 3161(h)(7)(A) & (B). The period of excludable delay shall end at commencement of trial or disposition of charges.

Pretrial motions shall be filed by September 15, 2017.

Responses shall be filed by September 22, 2017.

A pretrial conference is set for October 18, 2017 at 11:30 am.

Trial in this case is set for October 30, 2017 at 8:30 am.

SIGNED at Galveston, Texas, on the 2nd day of August, 2017.

_____
GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE